The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN COLLINS,<br><br>  Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CV21-131JCC<br>CR19-209-JCC<br><br>ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARY DISMISS 28 U.S.C. § 2255 PETITION<br><br>[~~PROPOSED~~] |

THE COURT has considered the unopposed motion to voluntarily dismiss Mr. Collins' petition filed under 28 U.S.C. § 2255 and the records and files therein.

IT IS THEREFORE ORDERED that Mr. Collins' 28 U.S.C. §2255 petition filed on February 2, 2021 is hereby dismissed.

DATED this 9th day of August 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Nathan Collins

ORDER DISMISSAL - 1
*Collins v. United States* / CV21-131JCC

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100